IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM MORRIS & LORNA MORRIS, husband and wife,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ISABELL SUDWEEKS personally and as executor of the Estate of JAY SUDWEEKS; MAY, SUDWEEKS & BROWNING, LLP, and Idaho Company, BRAD NEWLAN and LINDA NEWLAN, Husband and wife,<br><br>　　　　Defendants. | Case No.  CR 10-015-S-BLW<br><br>**ORDER** |

　　　　The Court has before it Plaintiffs' Petition to Extend Time for Ser vice (Docket No. 5) and Plaintiffs' Motion to Amend (Docket No. 6).  The Court finds good cause to grant both motions.  Accordingly,

　　　　NOW THEREFORE IT IS HEREBY ORDERED that Plaintiffs' Petition to Extend Time for Ser vice (Docket No. 5) shall be, and the same is hereby, GRANTED.  Plaintiffs shall have until July 7, 2010 to serve the remaining defendants.

　　　　IT IS FURTHER ORDERED that Plaintiffs' Motion to Amend (Docket No.

**Order - 1**

6) shall be, and the same is hereby GRANTED.  Plaintiff may file its Second Amended Complaint.



DATED:  **May 28, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Order - 2**